Case 4:25-cv-04536   Document 14   Filed on 10/09/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
October 09, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION
CIVIL No. 4:25-CV-04536

| | |
|---|---|
| OSCAR ADALBERTO RIVERA-HENRIQUEZ,<br><br>Petitioner<br><br>vs.<br><br>RANDY TATE, in his official capacity as Warden of the Montgomery Processing Center;<br><br>Et. al.<br><br>Respondents. | PETITION FOR<br>WRIT OF HABEAS CORPUS<br>PURSUANT TO 28 U.S.C §2241 |

## ORDER GRANTING TEMPORARY RESTRAINING ORDER AND INJUNCTIVE RELIEF

Having considered Petitioner's Motion for Temporary Restraining Order, and for good cause shown, the Court hereby GRANTS injunctive relief as follows:

1. The Court ORDERS the immediate release of Petitioner, Oscar Adalberto Rivera-Henriquez, from the Department of Homeland Security ("DHS") custody at the Montgomery Processing Center, under appropriate safeguards to be determined and implemented by DHS;

2. Petitioner shall comply with all reporting and supervision requirements set by DHS and U.S. Immigration and Customs Enforcement ("ICE") while his appeal is pending before the Board of Immigration Appeals ("BIA");

3. Respondents, their agents, employees, and successors are RESTRAINED AND ENJOINED from removing Petitioner from the United States during the pendency of these proceedings;

4. Respondents shall immediately notify all relevant personnel, including but not limited to ICE Enforcement and Removal Operations, that Petitioner shall not be removed from the United States;

5. Petitioner must be present for the next hearing in this Court, if any;

6. This order may be served by facsimile, email, or other means reasonably calculated to provide immediate notice.

It is so ORDERED.

SIGNED this 9th day of October, 2025.

Kenneth M. Hoyt
United States District Judge